UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPARX LOGISTICS USA LIMITED,<br><br>                              Plaintiff,<br><br>         -v.-<br><br>BED BATH & BEYOND, INC.,<br><br>                              Defendant. | 23 Civ. 02302 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      The Court is in receipt of Defendant Bed Bath & Beyond, Inc.'s April 25, 2023 notice advising that, on April 23, 2023, Bed Beth and Beyond, Inc. and certain of its affiliates filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey. *See* ECF No. 12.[1]

      IT IS HEREBY ORDERED that, pursuant to section 362 of the Bankruptcy Code, Bed Bath and Beyond, Inc. is entitled to an automatic stay of this case pending further order of the Court. *See* 11 U.S.C. § 362(a)(1) (the filing of "a [chapter 11] petition . . . operates as a stay, applicable to all entities, of the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the [chapter 11] case").

      IT IS FURTHER ORDERED that, by July 28, 2023, the parties shall submit a joint letter regarding the status of the bankruptcy proceedings in *In re Bed Bath & Beyond Inc.*

---

[1] The chapter 11 cases are being jointly administered under the lead case *In re Bed Bath & Beyond Inc.*, Case No. 23-13359 (Bankr. D.N.J.) (VFP).  *See* ECF No. 12 at 1.

IT IS FURTHER ORDERED that the parties shall continue to submit status updates every ninety (90) days thereafter regarding the status of the bankruptcy proceedings and their impact on the automatic stay of this case.

The Clerk of Court is directed to stay this case.

SO ORDERED.

Dated: April 28, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge